AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BEVERLY PEACE, as Legal Guardian
and Next of Friend of OKP, a Minor Child,

Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 121-136

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security Administration,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 23, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), this civil action is reversed and remanded to the Acting Commissioner for further consideration, and this civil action stands closed.

June 23, 2022
Date

John E. Triplett, Clerk of Court
Clerk



Candy Asbell
(By) Deputy Clerk

GAS Rev 10/2020