IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| BEVERLY PEACE, As Legal Guardian and Next of Friend of OKP, a Minor Child, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   CV 121-136 ) ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) ) ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion for attorneys' fees, (doc. no. 18), and awards Plaintiff attorneys' fees in the amount of $11,310.62 and expenses in the amount of $66.17.

SO ORDERED this 5th day of October, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA